1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PIOQUINTO PENALOZA-ESPINO
6
7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,    ) NO. CR.S-10-315-FCD
11                              )
              Plaintiff,        )
12                              )      **STIPULATION AND ORDER**
        v.                      )   **CONTINUING STATUS CONFERENCE**
13                              )        **AND EXCLUDING TIME**
   PIOQUINTO PENALOZA-ESPINO,   )
14                              ) Date:  November 22, 2010
              Defendant.        ) Time:  10:00 a.m.
15 _____ ) Judge: Hon. Frank C. Damrell, Jr.

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MICHELE BECKWITH, Assistant United States
18
   Attorney, attorney for Plaintiff, and CARO MARKS, attorney for
19
   PIOQUINTO PENALOZA-ESPINO, that the change of plea hearing date of
20
   November 15, 2010 be vacated, and the matter be set for change of plea
21
   on November 22, 2010 at 10:00 a.m.
22
        The reason for this continuance is that the parties only
23
   recently received the "Alien Pre-Plea PSR", and defense counsel needs
24
   additional time to visit the defendant with an interpreter, and then to
25
   review it and the plea agreement with the defendant.
26
        Based upon the foregoing, the parties agree that the time under
27
   the Speedy Trial Act should be excluded from the date of signing of
28

this order through and including November 22, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 10, 2010.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Pioquinto Penaloza-Espino

DATED: November 10, 2010.                    BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 15, 2010, change of plea hearing be continued to November 22, 2010, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the November 22, 2010 change of plea hearing shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE